IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
JAN 28 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| KSANKA KUPAQA XA'ŁƆIN, ROCK CREEK ALLIANCE, EARTHWORKS, MONTANA ENVIRONMENTAL INFORMATION CENTER, DEFENDERS OF WILDLIFE, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; CHAD W. BENSON, Kootenai National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>Defendants. | CV 19–20–M–DWM<br><br>ORDER |

Plaintiffs move for the admission of Elizabeth B. Forsyth to practice before this Court in this case with Katherine K. O'Brien to act as local counsel. Ms. Forsyth's application appears to be in order.

Accordingly, IT IS ORDERED that Plaintiffs' motion to admit Elizabeth B. Forsyth *pro hac vice* (Doc. 3) is GRANTED on the condition that Ms. Forsyth shall do her own work. This means that Ms. Forsyth must do her own writing; sign

1

her own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Forsyth, within fifteen (15) days of the date of this Order, files a notice acknowledging her admission under the terms set forth above.

DATED this 28th day of January, 2019.

Donald W. Molloy, District Judge
United States District Court