Katherine K. O'Brien
Earthjustice
313 East Main Street
Bozeman, MT 59715
Phone:  (406) 586-9699
Fax:  (406) 586-9695
kobrien@earthjustice.org

Elizabeth Forsyth
Earthjustice
800 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017
Phone:  (415) 217-2000
Fax:  (415) 217-2040
eforsyth@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KSANKA KUPAQA XAʾŁⱭIN, ROCK CREEK ALLIANCE, EARTHWORKS, MONTANA ENVIRONMENTAL INFORMATION CENTER, DEFENDERS OF WILDLIFE, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY;<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; CHAD W. BENSON, Kootenai National Forest Supervisor; and UNITED STATES FOREST SERVICE;<br><br>Defendants. | Case No. CV-19-20-M-DWM<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Ksanka Kupaqa Xaʾɫȼin, Rock Creek Alliance, Earthworks, Montana Environmental Information Center, Defenders of Wildlife, Sierra Club, and Center for Biological Diversity hereby certify that none of the Plaintiff organizations has a parent corporation and that no publicly held corporation holds 10 percent or more of any of the Plaintiff organizations' stock.

Respectfully submitted this 8th day of March, 2019.

/s/Katherine K. O'Brien
Katherine K. O'Brien
Earthjustice
313 East Main Street
Bozeman, MT 59715
Phone:  (406) 586-9699
Fax:  (406) 586-9695
kobrien@earthjustice.org

Elizabeth Forsyth
Earthjustice
800 Wilshire Blvd., Suite 1000
Los Angeles, CA 90017
Phone:  (415) 217-2000
Fax:  (415) 217-2040
eforsyth@earthjustice.org

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, I served a copy of the foregoing

document on the defendants and proposed intervenor in the above-captioned matter

via email and First Class Mail to each of the following addresses:

Michael R. Eitel
U.S. Department of Justice
Environment & Natural Resources Division
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
michael.eitel@usdoj.gov

Devon Lea Flanagan
U.S. Department of Justice
Environment & Natural Resources Division
601 D Street NW, Room 3710
Washington, DC 20004
devon.flanagan@usdoj.gov

Paul J. Lopach
BRYAN CAVE LEIGHTON PAISNER LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203
paul.lopach@bclplaw.com

/s/Katherine K. O'Brien