DEVON LEA FLANAGAN, Trial Attorney
MICHAEL R. EITEL, Senior Trial Attorney
U.S. Department of Justice
Wildlife and Marine Resources Section
601 D Street N.W.
Washington, D.C. 20530-0001
(202) 305-0201 (tel.)
(202) 305-0275 (fax)
devon.flanagan@usdoj.gov

[Additional counsel listed on signature page]

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KSANKA KUPAQA XA'ŁĆIN, ROCK CREEK ALLIANCE, EARTHWORKS, MONTANA ENVIRONMENTAL INFORMATION CENTER, DEFENDERS OF WILDLIFE, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; CHERYL PROBERT, Kootenai National Forest Supervisor; and UNITED STATES FOREST SERVICE,<br><br>Defendants,<br><br>and<br><br>RC RESOURCES, INC.,<br><br>Defendant-Intervenor. | CV 19-20-M-DWM<br><br>**FEDERAL DEFENDANTS' MOTION FOR EXTENSION OF TIME** |

The United States Fish and Wildlife Service ("FWS"); Cheryl Probert, in her official capacity as Kootenai National Forest Supervisor; and the United States Forest Service (collectively, "Federal Defendants") hereby move for a 21-day extension of all deadlines. This is Federal Defendants' first request for an extension of time in this case. Federal Defendants have conferred with counsel for the parties and represent that Defendant-Intervenors do not oppose this motion and Plaintiffs take no position on this motion.

On January 25, 2019, Plaintiffs filed their Complaint for Declaratory and Injunctive Relief. ECF No. 1. Plaintiffs' Complaint was served upon the United States Attorney for the District of Montana on January 30, 2019. ECF No. 7. Pursuant to Federal Rule of Civil Procedure 12(a)(2), Federal Defendants' answer or other response to the Complaint is due April 1, 2019. By Order on January 28, 2019, the Court ordered the parties to submit pretrial statements by April 15, 2019, and to file a proposed case management plan by April 29, 2019. ECF No. 5.

Due to other obligations and the complexity of issues in this lawsuit, Federal Defendants require additional time to confer with staff at FWS and the Forest Service and coordinate their response to the Complaint. Federal Defendants hereby request a 21-day extension on the deadline to respond to the Complaint and all other deadlines in this case. Federal Defendants respectfully request that the Court grant this motion and order the following deadlines:

1. On or before April 22, 2019, Federal Defendants shall answer or otherwise respond to the Complaint.

2. On or before May 6, 2019, counsel for the respective parties shall file and serve on all parties a written preliminary pretrial statement, addressing all matters listed in L.R. 16.2(b)(l).

3. On or before May 20, 2019, the parties shall file a proposed case management plan.

Dated: March 26, 2019        Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Devon Lea Flanagan*
DEVON LEA FLANAGAN, Trial Attorney
(D.C. Bar No. 1022195)
Wildlife & Marine Resources Section
601 D St. NW
Washington, D.C. 20004
Tel: 202-305-0201/ Fax: 202-305-0275
Email: Devon.flanagan@usdoj.gov

MICHAEL R. EITEL, Senior Trial Attorney
Wildlife & Marine Resources Section
999 18th Street, South Terrace 370
Denver, Colorado 80202
Tel: 303-844-1479 / Fax: 303-844-1350
Email: Michael.Eitel@usdoj.gov

*Attorneys for Federal Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will cause a copy to be served upon counsel of record.

/s/ *Devon Lea Flanagan*
DEVON LEA FLANAGAN

*Attorney for Federal Defendants*