IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
APR 19 2019
Clerk, U.S. District Court
District Of Montana
Missoula

| | |
|---|---|
| KSANKA KUPAQA XA'ŁC̓IN, et al., | CV 19–20–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants, | |
| and | |
| RC RESOURCES, INC., | |
| Defendant-Intervenor. | |

Defendant-Intervenor RC Resources, Inc. moves for the admission of Robert Tuchman to practice before this Court in this case with Paul J. Lopach to act as local counsel. Mr. Tuchman's application appears to be in order.

Accordingly, IT IS ORDERED that Defendant-Intervenor's motion to admit Robert Tuchman *pro hac vice* (Doc. 16) is GRANTED on the condition that Mr. Tuchman shall do his own work. This means that Mr. Tuchman must do his own writing; sign his own pleadings, motions, and briefs; and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing

1

system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Tuchman, within fifteen (15) days of the date of this Order, files a notice acknowledging his admission under the terms set forth above.

DATED this 19th day of April, 2019.

Donald W. Molloy, District Judge
United States District Court