IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



| | |
|---|---|
| KSANKA KUPAQA XA'ŁCIN, et al., | CV 19–20–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants, | |
| and | |
| RC RESOURCES, INC., | |
| Defendant-Intervenor. | |

On October 16, 2019, the Court ordered the parties to submit a case management plan by November 22, 2019. (Doc. 44.) Today, the parties submitted a proposed briefing schedule for the Plaintiffs' Motion to Complete the Administrative Record. (Doc. 46.) They have not submitted a case management plan as defined by the January 28, 2019 Order, which requires the parties to propose deadlines for motions for summary judgment. (*See* Doc. 5 at ¶ 4.)

IT IS ORDERED that by November 25, 2019, the parties shall submit a joint case management plan that includes all deadlines required by the January 28, 2019 Order (Doc. 5). Failure to do so will result in a summary judgment briefing schedule being set without the parties' input.

DATED this 22nd day of November, 2019.

_____
Donald W. Molloy, District Judge
United States District Court