

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KSANKA KUPAQA XA'ŁCIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> RC RESOURCES, INC., <br><br> Defendant-Intervenor. | CV 19–20–M–DWM <br><br> ORDER |

The parties having filed a Joint Motion to Amend the Case Management Order and good cause appearing,

IT IS ORDERED that the motion (Doc. 56) is GRANTED. The deadlines set forth in the Court's November 26, 2019 Case Management Order (Doc. 50) are amended as follows:

1. Plaintiffs shall file a motion to amend the pleadings, if appropriate, by February 10, 2020.

1

2. Defendants shall file a motion to dismiss, if appropriate, by March 9, 2020.

The November 26, 2019 Case Management Order (Doc. 50) remains in full force and effect in all other respects.

DATED this 10 day of January, 2020.

4:13 P.M.

Donald W. Molloy, District Judge
United States District Court