Katherine K. O'Brien
Earthjustice
313 East Main Street
Bozeman, MT 59715
Phone: (406) 586-9699
Fax: (406) 586-9695
kobrien@earthjustice.org

Elizabeth Forsyth *(Pro Hac Vice)*
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
Phone: (213) 766-1067
Fax: (415) 217-2040
eforsyth@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| KSANKA KUPAQA XAʾŁℂIN, ROCK CREEK ALLIANCE, EARTHWORKS, MONTANA ENVIRONMENTAL INFORMATION CENTER, DEFENDERS OF WILDLIFE, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY; <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; CHAD W. BENSON, Kootenai National Forest Supervisor; and UNITED STATES FOREST SERVICE; <br><br> Defendants. | Case No. CV 19-20-M-DWM <br><br> **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56(a), plaintiffs Ksanka Kupaqa Xaʾɬ¢in, Rock Creek Alliance, Earthworks, Montana Environmental Information Center, Defenders of Wildlife, Sierra Club, and Center for Biological Diversity hereby move for summary judgment on all claims in their First Amended and Supplemental Complaint for Declaratory and Injunctive Relief (Doc. 61).

This motion is supported by the accompanying Memorandum in Support of Plaintiffs' Motion for Summary Judgment and Plaintiffs' Statement of Undisputed Facts.  Plaintiffs' standing is demonstrated by the accompanying affidavits of Ken Friedlander, Mary Costello, Kenneth J. Vanden Heuvel, Bonnie Gestring, Hannah Hernandez, Russell Talmo, Rick Bass, and Natalie Dawson.  This Court should enter summary judgment for Plaintiffs because there are no genuine issues of material fact and Plaintiffs are entitled to judgment as a matter of law.  Fed. R. Civ. P. 56(a).

Because this case involves a matter of significant public interest and importance—Federal Defendants' determinations that the proposed Rock Creek Mine would not jeopardize the survival or recovery of threatened grizzly bears or bull trout and Defendant U.S. Forest Service's authorization for Defendant-Intervenor RC Resources, Inc. to commence the mine project—Plaintiffs respectfully request the opportunity for oral argument on this motion.

1

Respectfully submitted this 17th day of June, 2020.

/s/Katherine K. O'Brien
Katherine K. O'Brien
Earthjustice
313 East Main Street
Bozeman, MT 59715
Phone: (406) 586-9699
Fax: (406) 586-9695
kobrien@earthjustice.org

Elizabeth Forsyth *(Pro Hac Vice)*
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
Phone: (213) 766-1067
Fax: (415) 217-2040
eforsyth@earthjustice.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I filed the foregoing with the Clerk of

the Court using the CM/ECF system, which will cause a copy to be served on all

counsel of record.

/s/Katherine K. O'Brien

2