Katherine K. O'Brien
Earthjustice
313 East Main Street
Bozeman, MT 59715
Phone: (406) 586-9699
Fax: (406) 586-9695
kobrien@earthjustice.org

Elizabeth Forsyth *(Pro Hac Vice)*
Earthjustice
707 Wilshire Blvd., Suite 4300
Los Angeles, CA 90017
Phone: (213) 766-1067
Fax: (213) 403-4822
eforsyth@earthjustice.org

*Counsel for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KSANKA KUPAQA XA'Ł₡IN, ROCK CREEK ALLIANCE, EARTHWORKS, MONTANA ENVIRONMENTAL INFORMATION CENTER, DEFENDERS OF WILDLIFE, SIERRA CLUB, and CENTER FOR BIOLOGICAL DIVERSITY;<br><br>        Plaintiffs,<br><br>v.<br><br>UNITED STATES FISH AND WILDLIFE SERVICE; CHAD W. BENSON, Kootenai National Forest Supervisor; and UNITED STATES FOREST SERVICE;<br><br>        Defendants,<br><br>  and<br><br>RC RESOURCES, INC.,<br><br>        Defendant-Intervenor. | Case No. CV 19-20-M-DWM<br><br>**DECLARATION OF BONNIE GESTRING** |

1

I, Bonnie Gestring, declare:

1.      I am a Montanan and I reside in Missoula, Montana.  I have a B.S. in biology from Montana State University and an M.S. in environmental studies from the University of Montana.

2.      I am a member of, and work as the Northwest Program Director for, Earthworks, a non-profit organization dedicated to protecting communities and the environment against the adverse impacts of hardrock mining.  Earthworks evolved from the Mineral Policy Center, which was founded in 1988 by Phil Hocker, Mike McCloskey and former Secretary of the Interior Stewart L. Udall to help reform mining laws and practices in the U.S.  I have been a member and employee of Earthworks for 19 years.  In my capacity as Northwest Program Director, I work on mining issues throughout the northwest region of the U.S., including Montana, Oregon, Washington, Idaho, and Alaska.  My work involves reviewing mine proposals and analyzing permit applications, participating in the NEPA process, supporting citizens and communities adversely affected by mining operations or mining proposals, promoting more socially and environmentally responsible mining policy and practices, and researching the effects of hardrock mining. Earthworks has approximately 75,000 members nationwide, including members in Montana that live near the Cabinet Mountains Wilderness.

3.     Earthworks is the only non-profit conservation organization that focuses specifically on hardrock mining, documenting the impacts of mining on federal public lands, water quality, and wildlife; reviewing and commenting on proposed hardrock mining proposals throughout the western U.S.; and promoting federal legislation that would better protect the environment, including Wilderness Areas and Wilderness Study Areas, from mining impacts, such as the Hardrock Leasing and Reclamation Act introduced by Rep. Grijalva in 2019.

4.     I have conducted extensive research and review of the impacts of hardrock mining on land, water and wildlife.  I am the author of a number of reports on this subject, such as a peer-reviewed 2012 report on water quality impacts from currently operating U.S. copper mines, entitled: "U.S. Copper Porphyry Mines: the Track Record of Water Quality Impacts Resulting from Pipeline Spills, Tailings Failures and Water Collection and Treatment Failures," and a May 2013 report that documents the number of hardrock mines in the U.S. that generate long-term water pollution, entitled "Polluting the Future: How Mining Companies are Contaminating Our Nation's Waters in Perpetuity." I am also the author of a 2017 report on the track record of water quality impacts from operating U.S. gold mines, entitled "U.S. Gold Mines Spills and Failures Report."

5.     On behalf of its members, Earthworks has invested considerable resources to protect specific federally designated Wilderness Areas, and associated

3

waters and wildlife, from the impacts of mining. In Idaho, Earthworks and its conservation partners won a lawsuit in July 2016 challenging proposed mineral exploration activities in the Frank Church-River of No Return Wilderness. In Montana, Earthworks has worked extensively to protect the Cabinet Mountains Wilderness Area from the adverse effects of the proposed Rock Creek Mine, a copper-silver mine proposed on the west side of the Cabinet Mountains. In response to litigation filed by Earthworks and its conservation partners, the federal district court in Montana vacated the Record of Decision for the proposed mine in May 2010 because it failed to minimize impacts to water quality and fisheries. In October 2012, Earthworks won a lawsuit before the Montana Supreme Court, which found that the Montana Department of Environmental Quality's issuance of a general discharge permit for the proposed Rock Creek Mine would not sufficiently protect Rock Creek's threatened bull trout population, a resource of "unique ecological significance" under state law. In March 2015, Earthworks petitioned the U.S. Fish and Wildlife Service to use its authority under the Endangered Species Act to take a new look at the cumulative effects to threatened bull trout in light of new data on the combined effects of the proposed Rock Creek and Montanore mines on wilderness waters that provide critical bull trout habitat. Earthworks also filed objections to the Rock Creek Mine's water rights on September 6, 2016, and challenged the State's issuance of the water right permit in

4

State District Court. On April 2019, the State District Court ruled in our favor, vacating the water right because appropriating water for the mine would result in the dewatering of wilderness rivers and streams.  I have served as Earthworks' lead staff person in this work.

6.    I also have led Earthworks' extensive involvement in the administrative process for the proposed Rock Creek Mine to protect against adverse impacts to the Cabinet Mountains Wilderness, outstanding resource waters and threatened wildlife.  On Earthworks' behalf, I conducted extensive review and submitted lengthy comments on the Supplemental Draft Environmental Impact Statement in April 2016.  Earthworks filed comments on the Rock Creek Mine's proposed water pollution discharge permit on November 13, 2015.  Earthworks filed objections to the Final Environmental Impact Statement and Record of Decision in August 17, 2017.  Earthworks also joined with other organizations to hire technical experts to review and comment on the EISs.

7.    In addition to my years of professional efforts to protect the Cabinet Mountains Wilderness and its waters and wildlife from the adverse impacts of the Rock Creek Mine, I have a strong personal interest in safeguarding these resources. I have spent considerable time camping, photographing, birdwatching, hiking, swimming and backpacking in the Cabinet Mountains Wilderness.  I go there to enjoy the silence and solitude that this remote wilderness offers and to view

wildlife and appreciate the scenic beauty. I seek out opportunities to spend time in the Cabinet Mountains Wilderness because of its unique qualities. It is one of the few places in Montana where one can experience a temperate forest with old growth cedar trees. I have hiked throughout the Wilderness area for over twenty years, including the areas that will be adversely affected by the proposed Rock Creek Mine. I have backpacked into Engle Peak, Engle Lake and Wanless Lake, Granite Lake, Sky Lakes, Cedar and Minor Lake. I have hiked to Rock Lake, along Rock Creek and the East Fork of Rock Creek, and I've hiked into Cliff Lake, along Libby Creek, and along the East Fork of the Bull River into Saint Paul Lake. Most recently, I hiked to the Four Lakes Basin in 2019, including the Porcupine Lake, Grass Lake, Cabin Lake and Knowles Lake. I plan to return to the Cabinet Mountains Wilderness in the fall of 2020 to hike, view wildlife, and experience the beauty and solitude of the Wilderness experience.

8.    Like many wilderness visitors, viewing wildlife is a central part of my wilderness experience. I have had the good fortune to see mountain goats and moose and grizzly bear tracks while in the Cabinet Mountains Wilderness. These are thrilling experiences that greatly enrich my life, and I hope that I will have a chance to see a grizzly bear in the Cabinet Mountains in the future. Another essential component of my wilderness experience is to see and enjoy its pristine rivers and streams and the bull trout that find refuge there. While hiking and

6

backpacking in the Wilderness, I look for bull trout in the streams, and I'm thrilled if I get a chance to see these native fish. I particularly enjoy seeing bull trout, because they are considered the "grizzly bear" of the freshwater fish world for being a fierce top predator and relying on pristine habitat to thrive.

9. Earthworks, as an organization and on behalf of its members, will be harmed if the authorizations for the Rock Creek Mine issued by the U.S. Forest Service and U.S. Fish and Wildlife Service are upheld and the substantial impacts associated with the mine project are unleashed in the Wilderness. This includes the dewatering effects to Wilderness rivers and streams and critical bull trout habitat and sediment pollution from mine exploration and development. It also includes the influx of people into grizzly bear habitat. Allowing the proposed mining activity to proceed also causes irreparable harm to myself and other Earthworks members by violating the core values for which the Cabinet Mountains Wilderness was established, and which we treasure. If the court overturns the Forest Service's approval of the evaluation phase, and the Fish and Wildlife Service's biological opinion finding no jeopardy to bull trout and grizzly bears which allows the mine to move forward, this would remedy the harm to me.

10. The impacts of the mining operation at the proposed Rock Creek Mine will negatively affect the wilderness experience of myself and other Earthworks members visiting the Cabinet Mountains Wilderness. The harm to the

7

threatened bull trout and grizzly bears that find refuge there, and that epitomize the very reason the Wilderness was established, will negatively impact visitors during the years spanning evaluation activities and operations at the mine site.  It is a life-changing experience to see grizzly bears in the wild, and without these top predators, the world is a lesser place.  With so few grizzly bears remaining in the Cabinet Mountains, any loss to the population or displacement of grizzlies from areas I visit will substantially reduce my chance of seeing a bear or signs of their presence and degrade my wilderness experience.  I'm deeply saddened at the thought that the few remaining grizzly bears that find refuge in the Cabinet Mountains ecosystem will be harmed by proposed mineral evaluation and mining activities and the large influx of people into this remote area.

11.    Similarly, the pollution and dewatering of pristine wilderness rivers and streams and the subsequent loss of bull trout would severely diminish my wilderness experience.  I am always awed if I see a giant bull trout in these small mountain rivers and streams, and I marvel at the epic journey these bull trout have traveled to return to the Wilderness to spawn.  With so much of the Clark Fork River watershed and its fishery degraded by past mining activities, I get great personal enjoyment in experiencing the pristine rivers and streams within the Wilderness and the adjacent National Forest lands, knowing that they still provide a stronghold for bull trout.  On a recent hiking trip along the East Fork of the Bull

8

River, which is a stunningly beautiful stream shaded by giant old growth cedar trees, I could envision just how harmful the dewatering and polluting effects of the mine would be and how substantially that would harm my wilderness experience. With so few bull trout remaining in these streams, any reduction in their population will substantially reduce my chances of seeing and experiencing these native fish.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _4th_ day of ___May___, 2020, at Missoula, Montana.

/s/ ___Bonnie Gestring___
Bonnie Gestring

9