IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KSANKA KUPAQA XA'ŁƇIN, et al., | CV 19–20–M–DWM |
| Plaintiffs, | |
| vs. | ORDER |
| UNITED STATES FISH AND WILDLIFE SERVICE, et al., | |
| Defendants, | |
| and | |
| RC RESOURCES, INC., | |
| Defendant-Intervenor. | |

Defendant-Intervenor RC Resources, Inc. having moved unopposed to excuse local counsel from the upcoming summary judgment hearing,

IT IS ORDERED that the motion (Doc. 127) is GRANTED. Defendant-Intervenor's local counsel is excused from the April 12, 2021 hearing so long as *pro hac vice* counsel is prepared to participate in person.

DATED this 9th day of April, 2021.

Donald W. Molloy, District Judge
United States District Court