IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| KSANKA KUPAQA XAʾŁ₵IN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE, et al., <br><br> Defendants, <br><br> and <br><br> RC RESOURCES, INC., <br><br> Defendant-Intervenor. | CV 19–20–M–DWM <br><br> JUDGMENT |

This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED and ADJUDGED that judgment is entered in accordance with the Court's Opinion and Order entered today. Plaintiffs' motion for summary judgment is granted as to Counts II and III. The 2019 Supplement and 2018 ROD are VACATED and REMANDED to the agencies for consideration. The Federal Defendants' and Defendant-Intervenor's cross-motions for summary judgment are denied, and this matter is now closed.

DATED this 14th day of April, 2021.



TYLER P. GILMAN, CLERK

By: /s/ Nicole Stephens
Nicole Stephens, Deputy Clerk