FILED

UNITED STATES COURT OF APPEALS

JUL 19 2021

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROCK CREEK ALLIANCE; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> UNITED STATES FISH AND WILDLIFE SERVICE; et al., <br><br> Defendants, <br><br> and <br><br> RC RESOURCES, INC., <br><br> Intervenor-Defendant-Appellant. | No. 21-35457 <br><br> D.C. No. 9:19-cv-00020-DWM <br> District of Montana, <br> Missoula <br><br> ORDER |

The conference previously scheduled for July 21, 2021, is canceled.

Appellant's unopposed motion to dismiss this appeal (Docket Entry No. 5) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Robert S. Kaiser
Circuit Mediator

rsk/mediation