IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

|  |  |
|---|---|
| KSANKA KUPAQA XA'ŁĊIN, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FISH AND<br>WILDLIFE SERVICE, et al.,<br><br>Defendants,<br><br>and<br><br>RC RESOURCES, INC.,<br><br>Defendant-Intervenor. | CV 19–20–M–DWM<br><br><br>ORDER |

On April 14, 2021, this matter was remanded to the agencies for further consideration. (Doc. 131.) Federal Defendants and Defendant-Intervenors appealed, (Docs. 137, 139), and the time for Plaintiffs to file a motion for attorney fees was extended, (Doc. 135). On July 19, 2021, the appeal was voluntarily dismissed, (Docs. 142, 143), and Plaintiffs filed their motion for fees on August 18, 2021, (Doc. 145). The parties have since filed a stipulation resolving the pending fees motions. (*See* Doc. 148.)

1

Accordingly, IT IS ORDERED that Plaintiffs' motion for fees (Doc. 145) is GRANTED insofar as the parties' stipulation (Doc. 148) is APPROVED. Fees, costs, and expenses are awarded to Plaintiffs in the amount of $280,000.00 as outlined in the stipulation.

DATED this 19th day of October, 2021.

Donald W. Molloy, District Judge
United States District Court